tioners. *Solicitor General Perlman, Assistant Attorney General Morison, Samuel D. Slade, Leavenworth Colby* and *Cecelia H. Goetz* for respondent.

No. 699. BRAUN *v.* TAUB ET AL. C. A. 2d Cir. Certiorari denied. *David Haar* for petitioner. *Joseph M. Schwartz* for respondents.

No. 700. VEATCH *v.* BORTHWICK, TAX COMMISSIONER OF HAWAII. C. A. 9th Cir. Certiorari denied. *Melvin M. Belli* for petitioner. *Walter D. Ackerman, Jr.,* Attorney General of Hawaii, *Rhoda V. Lewis,* Assistant Attorney General, and *Thomas W. Flynn,* Deputy Attorney General, for respondent.

No. 704. LINQUATA *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. *Harry Bergson* for petitioner. *Solicitor General Perlman, Assistant Attorney General Caudle, James M. McInerney, Ellis N. Slack* and *John H. Mitchell* for the United States.

No. 705. SHEPHERD ET AL. *v.* HUNTER ET AL. C. A. 7th Cir. Certiorari denied. *Burke Williamson, Jack A. Williamson* and *Robert McCormick Adams* for petitioners. *Richard E. Westbrooks* for Hunter et al.; and *R. S. Outlaw* and *W. J. Milroy* for the Atchison, Topeka & Santa Fe Railway Co., respondents.

No. 706. COURT SQUARE BUILDING, INC. *v.* CITY OF NEW YORK. Court of Appeals of New York. Certiorari denied. *M. Carl Levine, David Morgulas* and *Albert*

*Foreman* for petitioner. *John P. McGrath* for respondent.

No. 710. GLOVER ET AL., TRUSTEES, *v.* MALONEY, COLLECTOR OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari denied. *Carl E. Davidson* for petitioners. *Solicitor General Perlman, Assistant Attorney General Caudle, Ellis N. Slack, Lee A. Jackson* and *Melva M. Graney* for respondent.

Nos. 715 and 716. B. B. B. CONSTRUCTION CORP. *v.* AETNA CASUALTY & SURETY Co. C. A. 2d Cir. Certiorari denied. *Joseph Joffe* for petitioner. *M. Carl Levine* and *David Morgulas* for respondent.

No. 717. HAMILTON FOODS, INC. *v.* ATCHISON, TOPEKA & SANTA FE RAILWAY Có. ET AL. C. A. 9th Cir. Certiorari denied. *Albert H. Allen* and *Hyman Goldman* for petitioner. *H. K. Lockwood* for the Atchison, Topeka & Santa Fe Railway Co., respondent.

No. 719. KELLY, ADMINISTRATOR, ET AL. *v.* SHAMROCK OIL & GAS CORP. C. A. 5th Cir. Certiorari denied. *Lawrence E. Kelly* and *Howard F. Saunders* for petitioners. *R. C. Johnson* and *W. M. Sutton* for respondent.

No. 720. THYS ET AL., DOING BUSINESS AS THYS & MILLER, *v.* STATE OF WASHINGTON. Supreme Court of Washington. Certiorari denied. *Elwood Hutcheson* and *George W. Wilkins* for petitioners. *Smith Troy,* Attorney General of Washington, for respondent.